THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: October 1, 2013



Susan V. Kelley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In Re: Sharon M. Van Alstine, | Chapter 13 Bankruptcy |
|---|---|
| Debtor. | Case No. 13-20666-svk |

### ORDER ON TRUSTEE'S MOTION TO DISMISS

At the hearing held on September 30, 2013, on the Trustee's Motion to Dismiss this case, based on the representations made on the record, the Court granted the Trustee's motion upon the following terms and conditions:

1. The Debtor has through and including October 15, 2013 to file a Notice of Conversion to Chapter 7.

2. If no Notice of Conversion is filed, the Court will dismiss the case without further hearing.

#####

Prepared by:
Rebecca R. Garcia, Staff Attorney
Office of the Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
T: (414) 271-3943
F: (414) 271-9344